UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEFENDERS OF WILDLIFE, et al.,          )
                                         )
                    Plaintiffs,          )
                                         )
        v.                               )
                                         ) Civ. No. 04-1230 (GK)
GALE NORTON, et al.,                     )
                                         )
                    Defendants.          )

**<u>ORDER</u>**

  This matter is before the Court on Plaintiffs' Motion for Partial Reconsideration.  Upon careful consideration of the motion, the opposition, and the entire record in the case, it is, by the Court, this ___ day of _____2006,

  Ordered that the motion is granted; and it is further

  Ordered that, for the reasons set forth in the accompanying Memorandum Opinion, summary judgment is entered for plaintiffs with regard to their challenge to the Joint Counterpart Endangered Species Act Section 7 Consultation Regulations, 68 Fed. Reg. 68254 (Dec. 8, 2003) ("Counterpart Regulations"), but only with regard to plaintiffs' claim that the Regulations violate the Administrative Procedure Act because they are "arbitrary and capricious"; and it is further

  Ordered that the Counterpart Regulations are hereby set aside and remanded to the federal defendants for further consideration in light of the Court's accompanying Memorandum Opinion; and it is further

  Ordered that the discussion of the Counterpart Regulations in the Court's September 29, 2006 Memorandum shall be, and hereby is, vacated.

              _____
              U.S. District Judge